UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : : : : : : | Case Nos.   03-032-01 (RJL)<br>03-138-01 (RJL)<br>03-429-01 (RJL)<br>03-435-01 (RJL)<br>03-516-01 (RJL)<br>04-054-01 (RJL) |
| LEROY HOLMES,<br>MICHAEL W. MARTIN,<br>ERROL ALDERMAN,<br>BARBARA BULLOCK,<br>JAMES O. BAXTER, II,<br>GWENDOLYN M. HEMPHILL<br>CHERYL H. MARTIN, | : : : : : : : : | |
| Defendants. | : : | |

**STATUS REPORT ON ENFORCEMENT OF CRIMINAL RESTITUTION ORDERS**

The United States of America, appearing by and through counsel, the United States Attorney for the District of Columbia, respectfully submits this progress report, consistent with the Court's February 7, 2019 Minute Order, requiring the Financial Litigation Unit (FLU) of the U.S. Attorney's office "to update the Court on the Status of all Defendant's Restitution every six (6) months." The FLU provides the following payment information, which is current based on available information:

| Defendant | Total Debt | Current Payments | Payment Type |
|---|---|---|---|
| **LEROY HOLMES** | $946,002.44 | Deceased: 7-11-16<br>Last: $199.05 (7-20-16) | N/A<br>Last: TOP |

| Defendant | Total Debt | Current Payments | Payment Type |
|---|---|---|---|
| **MICHAEL MARTIN** | $563,313.19 | $157.00 monthly | Random Payment[1] |
| **ERROL ALDERMAN** | $467,020.39 | $100.00 monthly | TOP |
| **BARBARA BULLOCK** | $4,450,834.64 | Deceased: 09/25/20<br>Last: $290.05 (3-3-20) | TOP |
| **JAMES BAXTER** | $4,045,725.19 | $300.00 monthly | Installment Payment Plan |
| **GWEN HEMPHILL** | $4,183,655.50 | $593.20 mo. (annuity)<br>$151.82 mo. (S.S.) | TOP |
| **CHERYL MARTIN** | $563,313.19 | $805.19 mo. | Wage Garnishment |

Respectfully submitted,

MATTHEW GRAVES, D.C. Bar #481052
United States Attorney

By:  _____/s/_____
OLIVER W. McDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-2508 / (202) 252-2599 (Facsimile)
oliver.mcdaniel@usdoj.gov

July 21, 2022

---

[1] Debtor is now unemployed, allegedly.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 21st day of July, 2022, I sent a copy of the foregoing Status Report on Enforcement of Criminal Restitution Orders to the undersigned either by the Court's Electronic Case Filing system (ECF) or by U.S. Mail, to the extent that the recipient has access to ECF.

Jenifer Wicks, Esq.
LAW OFFICES OF JENIFER WICKS
The Jenifer Building
400 Seventh Street, NW, Suite 202
Washington, D.C. 20004
jenifer@jwickslaw.com
*Counsel for James O, Baxter, II*

Manuel J. Retureta, Esq.
RETURETA & WASSEM, P.L.L.C.
300 New Jersey Avenue, NW, Suite 900
Washington, D.C. 20001
mjr@returetawassem.com
*Counsel for Leroy Holmes*

Danielle Courtney Jahn, Esq.
FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW, Suite 550
Washington, D.C. 20004
dani_jahn@fd.org
*Counsel for Gwendolyn Hemphill*

Michelle M. Peterson, Esq.
FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW, Suite 550
Washington, D.C. 20004
shelli_peterson@fd.org
*Counsel for Barbara Bullock*

Charisse L. Hines, Esq.
CHARISSE HINES LAW
Email: chines@charissehineslaw.com
*Counsel for Cheryl & Michael Martin*

Clarissa Thomas, Esq.
CTEDWARDS, PC
10 G Street, NE, Suite 606
Washington, D.C. 20036
clarissatedwards@ctedwardspc.com

                                                 /s/
OLIVER W. McDANIEL
Assistant United States Attorney